IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE L. WARREN, | : | CIVIL ACTION |
| | : | NO. 17-4782 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MASTERY CHARTER SCHOOLS, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **9th** day of **May, 2018**, upon consideration of Defendant's motion for summary judgment (ECF No. 7); Plaintiff's response in opposition thereto (ECF No. 9); Defendant's motion to file a reply (ECF No. 9); and Plaintiff's response in opposition thereto (ECF No. 12), after oral argument (see ECF No. 15), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's motion for summary judgment (ECF No. 7) is **GRANTED**.

2. Defendant's motion to file a reply (ECF No. 9) is **DENIED**.

**AND IT IS SO ORDERED.**

                                               **/s/ Eduardo C. Robreno**
                                               **EDUARDO C. ROBRENO,  J.**